IN THE UNITED DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

MARY T. GODWIN,

    Plaintiff,

v.                                                                 No. 02-2532 D/An

CHARLES P. BAKER
d/b/a BAKER PROPERTIES

## ORDER GRANTING PLAINTIFF'S MOTION
## FOR CONTINUANCE OF SHOW CAUSE HEARING

This matter came before the Court upon the Motion of counsel for the Plaintiff and the entire record herein.

It appearing that there is good cause to grant the Motion for the reasons stated therein.

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the Show Cause Hearing currently scheduled in this action shall be re-set for _May 16, 2005 @ 4:45 p.m._ in Courtroom M-3, 9th Floor, Federal Building, Memphis, Tennessee. At the hearing, Defendant should be prepared to show cause as to why Plaintiff should not be awarded fees and expenses and to show cause as to why Defendant should not be held in contempt for the failure to comply with the Court's January 12, 2005 Order.

UNITED STATES ~~MAGISTRATE~~ JUDGE

DATE: _April 25, 2005_

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on _4-29-05_

R:\Clients\Godwin, Mary\MOTION FOR CONTINUANCE.doc

47

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 47 in case 2:02-CV-02532 was distributed by fax, mail, or direct printing on April 29, 2005 to the parties listed.

---

Charles P. Baker
6590 Pidgeon Hall Dr.
Memphis, TN 38119

Thomas Lang Wiseman
WISEMAN BIGGS BRAY PLLC
1665 Bonnie Lane
Ste. 106
Memphis, TN 38016

John Hale Freeland
MARKOW WALKER & REEVES, P.A.
P.O. Drawer 50
Oxford, MS 38655

Honorable Bernice Donald
US DISTRICT COURT