IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | | |
|---|---|---|
| MARY T. GODWIN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No.   02-2532 D/An |
| | ) | |
| CHARLES P. BAKER, | ) | |
| d/b/a BAKER PROPERTIES, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER RESETTING HEARING

Before the Court is Plaintiff's Motion for Rule 37 Sanctions and/or An Order to Show Cause filed on March 16, 2005. United States District Judge Bernice B. Donald referred this matter to the Magistrate Judge for determination.

A hearing on this Motion was set to be held on May 19, 2005 at 10:00 A.M.; however, it is **ORDERED** that the hearing shall be rescheduled to occur before United States Magistrate Judge S. Thomas Anderson on **TUESDAY, JUNE 21, 2005 at 10:00 A.M.** in Courtroom M-3, 9th Floor, Federal Building, Memphis, Tennessee.

**IT IS SO ORDERED.**

S. THOMAS ANDERSON
UNITED STATES MAGISTRATE JUDGE

Date: May 25, 2005

1

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on  6-1-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 53 in case 2:02-CV-02532 was distributed by fax, mail, or direct printing on June 1, 2005 to the parties listed.

---

John Hale Freeland
MARKOW WALKER & REEVES, P.A.
P.O. Drawer 50
Oxford, MS 38655

Thomas Lang Wiseman
WISEMAN BIGGS BRAY PLLC
1665 Bonnie Lane
Ste. 106
Memphis, TN 38016

Charles P. Baker
6590 Pidgeon Hall Dr.
Memphis, TN 38119

Honorable Bernice Donald
US DISTRICT COURT